FILED
CHARLOTTE, NC

JAN 29 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina
6th Division

Xavier Anthony
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:26-cv-82-KDB
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Xavier Anthony
- All other names by which you have been known:
- ID Number: 312749
- Current Institution: Cabarrus County Detention Center
- Address: P.O. Box 790
  - City: Concord
  - State: NC
  - Zip Code: 28026

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Kannapolis Police Department
- Job or Title *(if known)*:
- Shield Number:
- Employer:
- Address: 401 Laureate Way
  - City: Kannapolis
  - State: NC
  - Zip Code: 28081
- [✓] Individual capacity  [✓] Official capacity  Both

Defendant No. 2
- Name: J.D. VanSkiver
- Job or Title *(if known)*: Investigator / Detective
- Shield Number:
- Employer: Kannapolis Police Department
- Address: 401 Laureate Way
  - City: Kannapolis
  - State: NC
  - Zip Code: 28081
- [✓] Individual capacity  [✓] Official capacity  Both

Page 2 of 11

Case 3:26-cv-00082-KDB   Document 1   Filed 01/29/26   Page 2 of 20

B. The Defendant(s)

Defendant No. 5

Name: Gordan Belo
Job or Title: Public Defender/Attorney
Address: 29 church St SE Concord, NC 28025

☒ individual capacity

Defendant No. 3
Name: Charlotte Mecklenburg Police Department
Job or Title (if known):
Shield Number:
Employer:
Address: 601 E. Trade St
Charlotte, NC 28202
City / State / Zip Code
[✓] Individual capacity [✓] Official capacity

Defendant No. 4
Name: Cabarrus County Sheriff Department
Job or Title (if known):
Shield Number:
Employer:
Address: P.O. Box 525   30 Corban Ave SE
Concord, NC 28026
City / State / Zip Code
[ ] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Unlawful detainment, Due Process, Attorney client privledge, Life & Liberty

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pg. 4

D.

Investigator J.D. Vanskiver of the Kannapolis, NC police department used statement and evidence provided by CMPD detectives from a case that was dismissed on August 15, 2025 to obtain a arrest warrant. These actions have resulted in the unlawful detainment of me. Since being detained my rights for due process have been violated, I have yet to receive effective counsel. I am being held unjustly without sufficient evidence.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Statement of Claim
IV.

Defendant No. 1 is the Kannapolis Police Department and agency responsible for issuing a warrant for my arrest. I was then detained by Cabarrus County sheriff department and held unlawfully. I was never questioned by any investigators or detectives or allowed to give any statements or defense to the accusations against me.

Defendant No 2. is investigator J.D. Vanstiver of the Kannapolis Police Department and is named on the Felony Case report and indictment. Vanstiver is responsible for presenting evidence from the CMPD case that was dismissed on August 15, 2025. The evidence provided by Vanstiver is insufficient.

Defendant No 3. is the Charlotte Mecklenburg Police Department. CMPD is responsible for naming me as a suspect in a case dated March 16, 2025 and also implicating that I was involved in the Kannapolis, NC case on March 9, 2025 but then later dismissing charges from the CMPD case on August 15, 2025

Statement of Claim continued

Defendant No. 4 is the Cabarrus County Sheriff department. Cabarrus County sheriff is reponsible for holding me unjustly without sufficient evidence. Cabarrus County Sheriff department and detention center is also responsible for reading the correspondence between inmate and lawyer that is protected under Attorney client privladge Pursuant to state and federal laws referring to messages sent Attorney Gordan Belo.

Defendant No. 5 is Attorney Gordon Belo. Gordon Belo is responsible for ineffective counsel. I have been denied my right to due process. This attorney is not reliable, does not respond to request and has a terrible reputation according to other clients of his and other attorneys that know him. I have filed for a motion for full discovery but have yet to see results or a response to my request. The North Carolina Bar Association has been notified with a complaint.

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 19, 2025

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CMPD implicated that I was involved in a crime on March 16, 2025 and is responsible for providing the Kannapolis Police department with a statement that also implicates that I was involved in a similar crime on March 9, 2025. CMPD then dismissed its charges against me but is still reponsible for involving me the Kannapolis Police investigation.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Distress, Anxiety, Depression
Prescribed Anxiety Medication
I have missed multiple appointments with my sickle cell doctor/hematologist due to being incarcerated.
I am a Sickle Cell disease patient who suffers from Chronic Pain.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like for the court to investigate my claims and the defendants involved. I want for the charges against me to be dismissed and expunged. I also would like to be compensated for unlawful detainment, emotional distress, life & liberty, defamation and wrongful arrest. Compensation or punitive damages in the amount of 3.5 million dollars.

Pg. 5

VI. Relief continued

The basis for these claims would be that being wrongfully accused by the Charlotte Mecklenburg Police Department has led to me wrongfully accused and arrested and unlawfully detained by the Cabarrus County Sheriff Department due to the charges and accusations of the Kannapolis Police Department. These events have violated my rights, defamed my character, caused damage to my mental state because of the fear of being incarcerated for a prolonged period of time for crimes that I did not commit. This situation has the potential to further damage my reputation in the future and compromise my ability to obtain employment sufficient enough to support myself and my four children.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Mecklenburg County and Cabarrus County Detention Centers

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?



# Request Export

Generated On: January 22, 2026

---

Message Thread Id: 5826382
Account: 312749 - XAVIER ANTHONY
General Request

| Message | Date | Sender |
|---|---|---|
| can anyone tell me why im not receiving my mail? | 23 Dec 25 14:04 +0000 | XAVIER ANTHONY |
| No mail has come in for you nor has any been returned to sender | 23 Dec 25 14:16 +0000 | S Nesbitt |

---

Message Thread Id: 5834264
Account: 312749 - XAVIER ANTHONY
Superior Clerk

| Message | Date | Sender |
|---|---|---|
| requesting all available case files for my current charges please and thank you | 24 Dec 25 18:09 +0000 | XAVIER ANTHONY |
| Sending over copies of what we have. | 29 Dec 25 14:31 +0000 | Superior & District Clerk |

---

Message Thread Id: 5834270
Account: 312749 - XAVIER ANTHONY
Attorney

| Message | Date | Sender |
|---|---|---|
| request for Gordon Belo to visit me regarding review of discovery | 24 Dec 25 18:10 +0000 | XAVIER ANTHONY |
| Message forwarded to attorney BELO | 29 Dec 25 14:11 +0000 | Josh Harless |

---

Message Thread Id: 5848712
Account: 312749 - XAVIER ANTHONY
General Request

| Message | Date | Sender |
|---|---|---|
| could i please get the address to the kannapolis police department | 28 Dec 25 20:02 +0000 | XAVIER ANTHONY |
| 401 Laureate Way Kannapolis NC 28081 | 28 Dec 25 21:43 +0000 | J Clark |



# Request Export

Generated On: January 22, 2026

Message Thread Id: 5864350
Account: 312749 - XAVIER ANTHONY
General Request

| Message | Date | Sender |
|---|---|---|
| requesting a hair tie if possible please and thankyou | 31 Dec 25 13:29 +0000 | XAVIER ANTHONY |
| One will be issued to you. Please allow time for officers working the floor to deliver it to you. | 31 Dec 25 20:34 +0000 | R Dorton |

Message Thread Id: 5880132
Account: 312749 - XAVIER ANTHONY
Grievance Request

| Message | Date | Sender |
|---|---|---|
| grievance in regards to mail that hasnt been received. family and friends are sending mail and it being withheld this a violation of my rights. if issue is not resolved i will be forced to take legal action against whomever is responsible. thanks | 03 Jan 26 18:27 +0000 | XAVIER ANTHONY |
| you have NOT had any mail come in NOR have you had mail returned to sender - we have NO control over the post office | 05 Jan 26 17:46 +0000 | S Nesbitt |

Message Thread Id: 5880138
Account: 312749 - XAVIER ANTHONY
Attorney

| Message | Date | Sender |
|---|---|---|
| requesting that Gordon Belo visit me in regards to reviewing of discovery | 03 Jan 26 18:29 +0000 | XAVIER ANTHONY |
| Message forwarded to attorney BELO | 05 Jan 26 13:57 +0000 | Josh Harless |



# Request Export

Generated On: January 22, 2026

---

Message Thread Id: 5949796
Account: 312749 - XAVIER ANTHONY
Superior Clerk

| Message | Date | Sender |
|---|---|---|
| requesting that Gordon Belo be removed from my case for ineffective counsel and that a new attorney be assigned to my case please | 15 Jan 26 22:23 +0000 | XAVIER ANTHONY |
| I show you are scheduled for court the week of March 9, you can request it from the Judge at that hearing. | 16 Jan 26 15:40 +0000 | Superior & District Clerks |

---

Message Thread Id: 5958359
Account: 312749 - XAVIER ANTHONY
Superior Clerk

| Message | Date | Sender |
|---|---|---|
| where is the u.s. district court that handles cases for cabarrus county? | 17 Jan 26 12:16 +0000 | XAVIER ANTHONY |
| Your request had been closed | 20 Jan 26 16:58 +0000 | Superior Court |

---

Message Thread Id: 5962160
Account: 312749 - XAVIER ANTHONY
Superior Clerk

| Message | Date | Sender |
|---|---|---|
| who is the district attorney assigned to my case? | 18 Jan 26 14:35 +0000 | XAVIER ANTHONY |
| Good morning, the ADA assigned to your case is S.Murphy. | 20 Jan 26 14:58 +0000 | Superior Court |



# Request Export

Generated On: January 22, 2026

---

Message Thread Id: 5882557
Account: 312749 - XAVIER ANTHONY
District Clerk

| Message | Date | Sender |
|---|---|---|
| what district and division is cabarrus county? | 04 Jan 26 14:09 +0000 | XAVIER ANTHONY |
| Your cases are in superior court, please send all correspondence to that message tree. | 05 Jan 26 14:14 +0000 | Superior & District Clerk |

---

Message Thread Id: 5882561
Account: 312749 - XAVIER ANTHONY
Superior Clerk

| Message | Date | Sender |
|---|---|---|
| what district and division is cabarrus county? | 04 Jan 26 14:09 +0000 | XAVIER ANTHONY |
| We are district 25 and your case is in the criminal superior division. | 05 Jan 26 15:26 +0000 | Superior & District Clerks |

---

Message Thread Id: 5913771
Account: 312749 - XAVIER ANTHONY
Print Outs

| Message | Date | Sender |
|---|---|---|
| please send print outs of all my request | 09 Jan 26 17:08 +0000 | XAVIER ANTHONY |

---

Message Thread Id: 5949776
Account: 312749 - XAVIER ANTHONY
Attorney

| Message | Date | Sender |
|---|---|---|
| requesting that Gordon Belo be removed from my case for ineffective counsel | 15 Jan 26 22:21 +0000 | XAVIER ANTHONY |
| Message forwarded to attorney BELO | 16 Jan 26 13:12 +0000 | Josh Harless |

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

Cabarrus County Detention Center

2. What did you claim in your grievance?

A complaint in writing was sent to the Kannapolis Police Department against detective J.D. Vanskiver stating his actions and the cause of me being unlawfully detained.

3. What was the result, if any?

No result or response as of January 25, 2026

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Grievances have been submitted via Kiosk in Cabarrus County Detention Center. They are responded to but often never fulfilled. Complaints to the Kannapolis Police Department and NC State Bar Association have been submitted regarding detective J.D. Vanskiver and Attorney Gordan Bela.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Complaint to the Kannapolis Police Department was necessary

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Kannapolis Police Department, NC state Bar Association

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   I have repeatedly asked cabarrus county detention center for printouts of my request and grievances and the responses to them but have not received any response.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 25, 2026

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Xavier Anthony
Prison Identification #: 312749
Prison Address: P.O. Box 525 30 Corban Ave SE
Concord, NC 28026
City / State / Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____